UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAIR HOUSING OF MARIN; et al.

                CASE NO. C11-01790 EDL

         Plaintiff(s),

    v.                     STIPULATION AND [PROPOSED]
KELLEY RENTAL PROPERTY      ORDER SELECTING ADR PROCESS
MANAGEMENT, INC.; et al.
         Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☒    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☐    Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
    ☒    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: 7/2/11                                |\S\ D. Scott Chang
                                                  Attorney for Plaintiffs

Dated: 6/27/11                                \S\ Michael C. Robinson
                                                  Attorney for Defendant Kelley Rentals

Dated: 7/2/11                                          \S\ Ron Dering
                                                  Attorney for Defendant Betty M. Burke

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☑ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: July 5, 2011

_____
Judge Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Robinson Di Lando, APLC, whose business address is 800 Wilshire Boulevard, Suite 750, Los Angeles, California 90017-2687.

On July 5, 2011, I served on the parties of record in this action the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**D. SCOTT CHANG #146403**
**RELMAN DANE & COLFAX PLLC**
1225 19TH Street NW, Suite 600
Washington D.C. 20036
(Attorney for Plaintiffs Fair Housing of Marin, Alejandra Hernandez, Salomon Hernandez, Maria Elena Cruz, Lizbeth Reyna and B.E.)

**RONALD ALEXANDER DERING #164452**
Po Box 5380
Santa Rosa, CA 95402
(Attorney for Defendant Betty M. Burke)

**JESSICA TANKERSLEY #258774**
**FAIR HOUSING OF MARIN**
615 B Street
San Rafael, CA 94901

[XX] VIA MAIL: That I am readily familiar with our business practice for collection and processing of mail. On the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service that same day in the ordinary course of business, that the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence is placed for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 5, 2011, at Los Angeles, California.

*Christine Sanders*
Christine Sanders