UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

FAIR HOUSING OF MARIN, et al.,
             Plaintiffs,

    v.

KELLEY RENTALS PROPERTY
MANAGEMENT, INC., et al.,
             Defendants.
_____/

No. C 11-1790 EDL

**ORDER RE: ATTENDANCE**

Date:             unscheduled
Mediator:      Jean Hyams

       IT IS HEREBY ORDERED that the request to allow defendant Kelley Rentals Property

Management, Inc.'s insurer representative to participate telephonically in the unscheduled mediation

before Jean Hyams is GRANTED.  The insurer representative shall be available at all times to

participate in the mediation by telephone in accordance with ADR L.R. 6-10(f) unless or until

excused by the mediator.

       IT IS SO ORDERED.

By: _____

Dated: August 23, 2011

Maria-Elena James
United States Magistrate Judge