UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FAIR HOUSING OF MARIN**

      Plaintiff(s),                       No. C-**11-01790** EDL

      v.                               **ORDER OF CONDITIONAL DISMISSAL**

**KELLEY RENTALS PROPERTY MANAGEMENT**

      Defendants.

_____/

      Based on the Certification of ADR Session filed on October 11, 2011 (Dkt. # 27), the Court has learned that the parties reached a full settlement of the case on September 23, 2011.

      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before December 14, 2011 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge