| | |
|---|---|
| D. SCOTT CHANG # 146403<br>RELMAN DANE & COLFAX PLLC<br>1225 19TH Street NW, Suite 600<br>Washington D.C. 20036<br>Telephone: (202) 728-1888<br>Facsimile: (202) 728-0848<br>schang@relmanlaw.com<br><br>*Attorney for Plaintiffs*<br>Fair Housing of Marin, Alejandra Hernandez, Salomon Hernandez, Maria Elena Cruz, Lizbeth Reyna and B.E.<br><br>JESSICA TANKERSLEY-SPARKS #258774<br>FAIR HOUSING OF MARIN<br>615 B Street<br>San Rafael, California 94901<br>Telephone: (415) 457-5025<br>Facsimile: (415) 457-6382<br>Jessica@fairhousingmarin.com<br><br>*Attorney for Plaintiff*<br>Fair Housing of Marin | MICHAEL ROBINSON #120308<br>JOSHUA NAJEMY #251596<br>ROBINSON DI LANDO, APLC<br>800 Wilshire Blvd, Suite 750<br>Los Angeles, California 90017-2687<br>Telephone: (213) 229-0100<br>Facsimile: (213) 229-0114<br>jnajemy@rdwlaw.com<br><br>*Attorneys for Defendant*<br>Kelly Rentals Property Management, Co, Inc.<br><br>RON DERING #164462<br>ATTORNEY AT LAW<br>P.O. Box 5380<br>Santa Rosa, California 95402<br>Telephone: (707) 525-9966<br>Facsimile: (707) 525-9967<br><br>*Attorney for Defendant*<br>Betty M. Burke as Trustee for the 1990 Betty M. Burke Trust |

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California non-profit corporation; ALEJANDRA HERNANDEZ; SALOMON HERNANDEZ; MARIA ELENA CRUZ; LIZBETH REYNA; and, B.E., by his guardian *ad litem*, Lizbeth Reyna;<br><br>　　　　Plaintiffs,<br>　vs.<br><br>KELLEY RENTALS PROPERTY MANAGEMENT, INC. a California corporation; and BETTY M. BURKE, as trustee for the BETTY M. BURKE 1990 TRUST;<br><br>　　　　Defendants. | Case No.: CV-11-1790 EDL<br><br>STIPULATION OF DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT; ~~[PROPOSED]~~ ORDER |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice, except that the Court will retain jurisdiction for a period of three (3) years to enforce the terms of the settlement agreement.

RELMAN, DANE & COLFAX PLLC
1225 Nineteenth Street NW, Suite 600
Washington, DC 20036

Dated: November 22, 2011

By   /s/ D. Scott Chang
      D. Scott Chang
*Attorney for Plaintiffs Fair Housing Marin and Alejandra Hernandez, Salomon Hernandez, Maria Elena Cruz, Lizbeth Reyna and B.E.*

ROBINSON DI LANDO, APLC
800 Wilshire Blvd, Suite 750
Los Angeles, California 90017-2687

Dated: November 22, 2011

By   /s/ Joshua Najemy
    *Attorney for Defendant Kelly Rentals Property Management, Co., Inc.*

RON DERING
ATTORNEY AT LAW
PO Box 5380
Santa Rosa, California 95402

Dated: November 22, 2011

By   /s/ Ron Dering
      Ron Dering
*Attorney for Defendant Betty M. Burke 1990 Trust*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2  Pursuant to stipulation, and good cause appearing therefore, it is
3  hereby ordered that the above-entitled case is dismissed with prejudice,
4  except that the court will retain jurisdiction for a period of three years to
5  enforce the terms of the settlement agreement.
6  IT IS SO ORDERED.
7  DATED: November 28, 2011.

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge