| | |
|---|---|
| 1  D. SCOTT CHANG # 146403<br>RELMAN DANE & COLFAX PLLC<br>2  1225 19TH Street NW, Suite 600<br>Washington D.C. 20036<br>3  Telephone: (202) 728-1888<br>Facsimile: (202) 728-0848<br>4  schang@relmanlaw.com<br><br>5  *Attorney for Plaintiffs*<br>Fair Housing of Marin, Alejandra<br>6  Hernandez, Salomon Hernandez,<br>Maria Elena Cruz, Lizbeth<br>7  Reyna and B.E.<br><br>8  JESSICA TANKERSLEY-SPARKS<br>#258774<br>9  FAIR HOUSING OF MARIN<br>615 B Street<br>10 San Rafael, California 94901<br>Telephone: (415) 457-5025<br>11 Facsimile: (415) 457-6382<br>Jessica@fairhousingmarin.com<br>12<br>*Attorney for Plaintiff*<br>13 Fair Housing of Marin | MICHAEL ROBINSON #120308<br>JOSHUA NAJEMY #251596<br>ROBINSON DI LANDO, APLC<br>800 Wilshire Blvd, Suite 750<br>Los Angeles, California 90017-2687<br>Telephone: (213) 229-0100<br>Facsimile: (213) 229-0114<br>jnajemy@rdwlaw.com<br><br>*Attorneys for Defendant*<br>Kelly Rentals Property Management,<br>Co, Inc.<br><br>RON DERING #164462<br>ATTORNEY AT LAW<br>P.O. Box 5380<br>Santa Rosa, California 95402<br>Telephone: (707) 525-9966<br>Facsimile: (707) 525-9967<br><br>*Attorney for Defendant*<br>Betty M. Burke as Trustee for the<br>1990 Betty M. Burke Trust |

14

| | |
|---|---|
| 15<br>16 FAIR HOUSING OF MARIN, a<br>California non-profit corporation;<br>ALEJANDRA HERNANDEZ;<br>17 SALOMON HERNANDEZ; MARIA<br>ELENA CRUZ; LIZBETH REYNA;<br>18 and, B.E., by his guardian *ad litem*,<br>Lizbeth Reyna;<br>19<br>Plaintiffs,<br>20  vs.<br>21 KELLEY RENTALS PROPERTY<br>MANAGEMENT, INC. a California<br>22 corporation; and BETTY M. BURKE,<br>as trustee for the BETTY M. BURKE<br>23 1990 TRUST;<br>24  Defendants. | ) Case No.: CV-11-1790 EDL<br>)<br>) STIPULATION OF DISMISSAL<br>) WITH COURT TO RETAIN<br>) JURISDICTION TO ENFORCE<br>) TERMS OF SETTLEMENT<br>) AGREEMENT; ~~[PROPOSED]~~<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice, except that the Court will retain jurisdiction for a period of three (3) years to enforce the terms of the settlement agreement.

RELMAN, DANE & COLFAX PLLC
1225 Nineteenth Street NW, Suite 600
Washington, DC 20036

Dated: November 22, 2011

By___/s/ D. Scott Chang_____
    D. Scott Chang
*Attorney for Plaintiffs Fair Housing Marin and Alejandra Hernandez, Salomon Hernandez, Maria Elena Cruz, Lizbeth Reyna and B.E.*

ROBINSON DI LANDO, APLC
800 Wilshire Blvd, Suite 750
Los Angeles, California 90017-2687

Dated: November 22, 2011

By___/s/ Joshua Najemy_____
    *Attorney for Defendant Kelly Rentals Property Management, Co., Inc.*

RON DERING
ATTORNEY AT LAW
PO Box 5380
Santa Rosa, California 95402

Dated: November 22, 2011

By___/s/ Ron Dering_____
    Ron Dering
*Attorney for Defendant Betty M. Burke 1990 Trust*

1 ~~[PROPOSED]~~ **ORDER**

2   Pursuant to stipulation, and good cause appearing therefore, it is
3 hereby ordered that the above-entitled case is dismissed with prejudice,
4 except that the court will retain jurisdiction for a period of three years to
5 enforce the terms of the settlement agreement.
6   IT IS SO ORDERED.
7   DATED: November 28, 2011.

10 _____
    Elizabeth D. Laporte
11  United States Magistrate Judge